UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22419-COOKE/DAMIAN

KIMBERLY STEWART,

    Plaintiff,

vs.

RELIASTAR LIFE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER OF DISMISSAL

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorney fees and costs. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, at Miami, Florida, this 22nd day of February 2022.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*